

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

January 24th, 1939

...9 C. MANN
...Y GENERAL

Hon. Gordon C. Cass, County Attorney
Lampasas, Texas

Dear Mr. Cass:

> Opinion No. O-154
> Re: Construction of Article
> 666-3(d), Penal Code of Tex.

Your request for an opinion on the following question;

> "Whether a jail sentence is mandatory upon a second conviction and all subsequent convictions, and also upon plea of guilty for the second time"

has been received by this office.

The case Kinney v. State, 79 S.W. 570 holds;

> "Where a higher penalty is sought to be inflicted by reason of conviction of a prior similar offense, the complaint and information or indictment must allege that the accused has been convicted of such previous offense of a like character."

The case Neece v. State, 137 S.W. 919 holds;

> "This averment is necessary in order to give the accused notice that a greater penalty is to be sought than for a first offense, and to enable him to take issue thereon, and if possible show that there is a mistake in identity, or that there was no final former conviction, or the like."

Article 61 of the Penal Code of Texas provides generally the punishment in second and subsequent convictions for misdemeanors. In the case Kinney vs. State, 79 S.W. 570 holds;

"This article is to be construed as a reform provision of our Code. That is, if after the conviction for the first offense the defendant does not reform but persists in crime and commits another offense of like character, he can be tried and his former conviction used to enforce his punishment and so on as he commits such subsequent offense up to four."

In view of the foregoing authorities you are respectfully advised that it is the opinion of the writer that Article 666-3(d) is not mandatory but provides for enhanced punishment when prior conviction of offenses of like character are properly alleged and proved.

Trusting that the foregoing answers your inquiry, I remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Ardell Williams
                              Assistant

AW:OMB

APPROVED

ATTORNEY GENERAL OF TEXAS